No. 84–6453. GASKINS *v.* SOUTH CAROLINA. Sup. Ct. S. C.;
No. 84–6498. LAWSON *v.* NORTH CAROLINA. Sup. Ct. N. C.;
No. 84–6508. STEWART *v.* ILLINOIS. Sup. Ct. Ill.; and
No. 84–6522. HARDWICK *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 84–6453, 284 S. C. 105, 326 S. E. 2d 132; No. 84–6498, 310 N. C. 632, 314 S. E. 2d 493; No. 84–6508, 104 Ill. 2d 463, 473 N. E. 2d 1227; No. 84–6522, 461 So. 2d 79.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 83–1896. MOBIL OIL CORP. *v.* BLANTON ET AL., *ante,* p. 1007;
No. 84–724. TEXAS A & M UNIVERSITY ET AL. *v.* GAY STUDENT SERVICES ET AL., *ante,* p. 1001;
No. 84–6186. FERRELL *v.* SOUTH CAROLINA, *ante,* p. 1009;
No. 84–6189. CHAFFEE *v.* SOUTH CAROLINA, *ante,* p. 1009;
No. 84–6230. TRUESDALE *v.* SOUTH CAROLINA, *ante,* p. 1009; and
No. 84–6380. MARTIN *v.* PENNSYLVANIA BOARD OF LAW EXAMINERS, *ante,* p. 1022. Petitions for rehearing denied.

No. 83–1274. METROPOLITAN LIFE INSURANCE CO. ET AL. *v.* WARD ET AL., 470 U. S. 869. Petitions of W. G. Ward, Jr., and American Educators Life Insurance Co. for rehearing denied.

No. 84–685. RUSH ET AL. *v.* UNITED STATES, 470 U. S. 1004. Petition for rehearing denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

MAY 23, 1985

No. 84–1127. IN RE ROBSON ET AL. Petition for writ of mandamus dismissed under this Court's Rule 53.